UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHEN MOSS, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 23-30112-MGM |
| | * | |
| J. POLEP, | * | |
| Defendant. | * | |
| | * | |

<u>ORDER</u>

January 11, 2024

MASTROIANNI, U.S.D.J.

Plaintiff Stephen Moss, who is representing himself in this action, has filed motions for leave to proceed *in forma pauperis* (Dkt. No. 4) and for leave to effect service by first class or certified mail (Dkt. No. 5). Upon review of these motions, the Court hereby orders:

1. The motion for leave to proceed *in forma pauperis* (Dkt. No. 4) is GRANTED. Pursuant to 28 U.S.C. § 1915(b)(1), the Court assesses an initial partial filing fee of $33.50. The remaining of the $350 statutory filing fee, $316.50, shall be paid in accordance with 28 U.S.C. § 1915(b)(2). The clerk shall mail a copy of this order to the treasurer of the institution having custody of Moss.

2. The clerk shall issue a summons for the defendant. Moss is responsible for serving the complaint, summons, and this order on the defendant in compliance with Rule 4 of the Federal Rules of Civil Procedure.

3. Because Moss is proceeding *in forma pauperis*, he may elect to have service completed by the United States Marshals Service ("USMS"). If Moss chooses to have service completed by the USMS, he shall provide the agency with all papers for service on the defendant and a completed USM-285 form. The USMS shall complete service as directed by Moss with all costs of service to be advanced by the United States. The Clerk shall provide Moss with the form and instructions for service by the USMS.

4. Moss must ensure that the aforesaid service is completed within 90 days of the date of this order. Moss must provide the person or entity effecting service all papers for service well before the deadline. Should he encounter difficulty accomplishing service because he is currently incarcerated, Moss should notify the court. Failure to complete service in a timely fashion, or to make a timely request for additional time, may result in dismissal of this action without prior notice to the Moss. *See* L.R. Rule 4.1 (D. Mass.).

5. The motion for leave to effect service by first class or certified mail (Dkt. No. 5) is DENIED. The Federal Rules of Civil Procedure do not provide for service on a company by regular first class or certified mail. *See* Fed. R. Civ. P. 4(h). However, as set forth above, Moss may ask the USMS to complete service. Moss bears any expense of preparing documents for service and mailing them (and a completed USM-285 form) to the USMS, but the USMS will not charge the plaintiff for service.

It is So Ordered.

    /s/ Mark G. Mastroianni  
MARK G. MASTROIANNI  
United States District Judge